Núm. 4.—PUEBLO, querellante, *v.* SOUTH PORTO RICO SUGAR CO. OF NEW JERSEY ET AL., dmdadas.—Original. Junio 10, 1941.

Por los fundamentos de la opinión emitida en este caso con fecha 5 del actual (ante, pág. 797), por la que se desestimaron las excepciones previas interpuestas por Russell & Co., Sucrs., y South P. R. Sugar Co. of Puerto Rico, se desestiman las radicadas por South P. R. Sugar Co. of New Jersey, y se concede a dicha demandada un

948

término de veinte días para archivar su contestación a la querella enmendada.